Grundmeyer v. Placit.

EVIDENCE: verdict.

---

JOHN GRUNDMEYER, Respondent, v. ISAAC PLACIT, Appellant.

**St. Louis Court of Appeals, December 22, 1896.**

Practice, Appellate: APPEAL, FAILURE TO PERFECT: AFFIRMANCE. For failure of appellant to perfect his appeal by filing in the appellate court either a transcript of the record or clerk's certificate, showing the judgment and allowance of the appeal, the judgment will, on motion, and the production of the clerk's certificate showing these facts, be affirmed, no cause to the contrary appearing.

*Appeal from the St. Genevieve Circuit Court.*—HON. JAMES D. FOX, Judge.

AFFIRMED FOR FAILURE TO PERFECT APPEAL.

ROMBAUER, P. J.—The plaintiff recovered judgment for $1 for damages in October, 1895. He thereupon at once filed a motion for new trial, which the court sustained. From the order sustaining said motion the defendant took an appeal, but failed to perfect it by filing in this court either a transcript of the record or a clerk's certificate showing the judgment and allowance of the appeal. The plaintiff now produces the clerk's certificate showing the above facts, and prays that the judgment of the lower court granting him a new trial be affirmed. No cause to the contrary

being shown, it is ordered that the judgment of the trial court awarding to the plaintiff a new trial be, and the same is hereby, affirmed.

All the judges concur.